**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6711**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

CALVIN FONVILLE, a/k/a Cal,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:95-cr-00049-RGD-3)

———————

Submitted: August 22, 2012          Decided: August 27, 2012

———————

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Calvin Fonville, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Fonville appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. Because Fonville's Guidelines range remains unchanged under Amendment 750 to the Sentencing Guidelines, we find no reversible error. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED